# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS, INDIANA

| | |
|---|---|
| STEPHANIE TODD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:22-CV-00223 |
| | ) |
| | ) |
| INDY IMAGING, INC | ) |
| Defendant, | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of his Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

### JURISDICTION

1. This suit is authorized and instituted pursuant to Family Medical Leave Act 29 U.S.C. sec. 2601.

### PARTIES

2. Plaintiff is an woman and at all relevant times she resided in the Southern District of Indiana.

3. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

### FACTS

4. Plaintiff began working for the Defendant in September 2015.

5. Plaintiff was hired as a Admin/Accounts Receivable Clerk.

6. Plaintiff was promoted within the company numerous times.

7. Plaintiff performed her job well.

8. On September 17, 2021, Plaintiff requested leave to care for her child.

9. After Plaintiff, requested leave, HR gave her the necessary paperwork, however, told her it would be very hard for the leave to be approved.

10. On September 29, 2021, Plaintiff went to the doctor and the doctor informed her she needed to take leave.

11. Plaintiff's doctor emailed Defendant's HR the necessary FMLA paperwork.

12. On October 1, 2021, Defendant's owner called Plaintiff and told Plaintiff that her doctor could not tell him what to do and that if she could not do the job she needed to quit.

13. On October 4 – November 2, 2021, Plaintiff want on leave.

14. However, when Plaintiff returned from leave her job was changed and her office was moved.

15. Plaintiff was not given a reason for the change.

16. Plaintiff asked Defendant's office manager why her job changed and office was moved, Defendant's Office Manager informed her that Defendant's Owner was just testing her patience.

17. As a result of the change in her position, Plaintiff would no longer earn a commission.

18. The day after Plaintiff returned to work, Defendant's owner met her at the door, moved her desk a second time, directed her not to leave her seat, speak to anyone in other departments.

19. On November 5, 2021, Plaintiff's son became ill.

20. Plaintiff informed Defendant's owner that she had to leave to care for her son.

21. Plaintiff emailed Defendant's Owner and HR that she needed to get her child tested for COVID and she needed to be out until Tuesday to care for her child.

22. Plaintiff did not receive a response from HR or Defendant's Owner.

23. On November 8, 2021, Plaintiff was notified that she was terminated allegedly because she left on Friday and did not return to work.

24. Plaintiff was terminated for engaging in protected activity.

25. Defendant interfered with Plaintiff's FMLA rights.

## COUNT I

26. Plaintiff incorporates by reference paragraphs 1-25.

27. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated the Family Medical Leave Act.

## COUNT II

28. Plaintiff incorporates by reference paragraphs 1-25.

29. Defendant, as a result of interfering in Plaintiff's Family Medical Leave Act, violated the Family Medical Leave Act.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff her cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

          Respectfully Submitted

          s//Amber K. Boyd
          Amber K. Boyd #31235-49
          Attorney for Plaintiff

**REQUEST FOR JURY TRIAL**

Comes now the Plaintiff and requests that this cause be tried by a jury.

          Respectfully Submitted

          s//Amber K. Boyd
          Amber K. Boyd #31235-49
          Attorney for Plaintiff

Amber K. Boyd #31235-49
Amber Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416